IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOEL SHANE HUDSON and ROSANNA JANE HUDSON,

    Plaintiffs,

v.    Civ. No. 24-456 GJF/SCY

UNITED STATES OF AMERICA, UNITED STATES FOREST SERVICE (USFS), and UNITED STATES DEPARTMENT OF AGRICULTURE (USDA),

    Defendants.

### ORDER DENYING AS MOOT EXTENSION OF TIME TO SERVE

This matter is before the Court following its Order Extending Time to Serve, Doc. 11, and Plaintiffs' subsequent Request for an Extension of Time to Serve Defendants, Doc. 12. The Court ordered Plaintiffs to effect service by December 2, 2024. Doc. 11. Plaintiffs' motion explains that they obtained summonses from the Clerk of Court and served Defendants via a legal process service on November 27, 2024. Doc. 12. Because Plaintiffs have served Defendants, the motion for extension of time to serve Defendants is unnecessary and will be denied as moot.

Plaintiffs also explain that they are in settlement negotiations with Defendants. Doc. 12. Based on the representation that Plaintiffs served Defendants on November 27, Defendants' answer is due on January 27, 2025. If the parties wish for more time to negotiate settlement after that date, they should request an extension of time to file the answer.

**SO ORDERED.**

_____
Steven C. Yarbrough
United State Magistrate Judge