IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOEL SHANE HUDSON and ROSANNA
JANE HUDSON,

      Plaintiffs,

  v.                                          Civ. No. 24-456 GJF/SCY

UNITED STATES OF AMERICA, UNITED
STATES FOREST SERVICE (USFS), and
UNITED STATES DEPARTMENT OF
AGRICULTURE (USDA),

      Defendants.

**ORDER GRANTING UNOPPOSED AMENDED MOTION
FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**

THIS MATTER came before the Court on United States' Unopposed Amended Motion for Extension of Time to Respond to Amended Complaint (Doc. 20).[1] The Court, having reviewed the Amended Motion, noting that it is unopposed, and being otherwise fully advised in the premises, FINDS that the Amended Motion is well-taken and shall be GRANTED.

IT IS THEREFORE ORDERED that Defendants shall file an answer or otherwise respond to the Amended Complaint by March 28, 2025.

STEVEN C. YARBROUGH
United States Magistrate Judge

---

[1] Defendants' original Unopposed Motion for Extension of Time to Respond to the Amended Complaint (Doc. 19) is denied as moot.

Submitted/Approved by:

*/s/ Cassandra C. Currie 1/21/25*
CASSANDRA C. CURRIE
Assistant United States Attorney
Attorney for Defendants


*Approved via email January 16, 2025*
Joel Shane Hudson, *Pro se Plaintiff*
Rosanna Jane Hudson, *Pro se Plaintiff*