IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOEL SHANE HUDSON and ROSANNA
JANE HUDSON,

      Plaintiffs,

v.                                                        Civ. No. 24-456 GJF/SCY

UNITED STATES OF AMERICA, UNITED
STATES FOREST SERVICE (USFS), and
UNITED STATES DEPARTMENT OF
AGRICULTURE (USDA),

      Defendants.

**ORDER GRANTING THIRD UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**

THIS MATTER came before the Court on United States' Third Unopposed Motion for Extension of Time to Respond to Amended Complaint (Doc. 24). The Court, having reviewed the Motion, noting that it is unopposed, and being otherwise fully advised in the premises, FINDS that the Amended Motion is well-taken and shall be GRANTED.

IT IS THEREFORE ORDERED that Defendants shall file an answer or otherwise respond to the Amended Complaint by June 10, 2025.

                                                                                              STEVEN C. YARBROUGH
                                                                                           United States Magistrate Judge

Submitted/Approved by:

*/s/ Cassandra C. Currie 4/17/25*
CASSANDRA C. CURRIE
Assistant United States Attorney
Attorney for Defendants

*Approved via email 4/17/2025*
Joel Shane Hudson, *Pro se Plaintiff*
Rosanna Jane Hudson, *Pro se Plaintiff*